IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/~~Case~~ No. _F3619595_

UNITED STATES OF AMERICA,

    Plaintiff,

v.

_James R. McCarter_

    Defendant.

---

## NOTICE OF FUTURE COURT DATE

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

_X_ Initial Appearance   ___Arraignment   ___Sentencing   ___Status

___Administrative Review   _X_ Other (_____)

The location, date and time set for the hearing is:

___212 N. Wahsatch, Suite 101
    Colorado Springs, CO 80903

___901 19th Street, Rm. A-105
    Denver, CO 80294

_X_ 400 Rood Avenue, Room 323
    Grand Junction, CO 81501

Appearance date: _1/10/12_, at _10:00 AM_

**You are advised that your attendance on this date is mandatory. Failure to appear will lead to a warrant for your arrest and possible finding of contempt of court.**

                        Greg Langham, Clerk

                        By: _M. Doblar_
                              Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: _11/15/11_     Name: _____
                                 (Please Print)
                      Address: _____

Phone: _____

Revised 1/13/05