IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-po-00049-GJR

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JAMES R. McCURTER,

 Defendant.

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   February 10, 2012**

 Arraignment and Discovery Conference set for February 13, 2012 at 11:30 a.m.

is **VACATED** and rescheduled to Wednesday, February 15, 2012 at 1:30 p.m.